UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

MANSOOR HAMOUD ABBAS HADWAN;      :
SAFAA ALI AHMED HADWAN; GHUZLAN   :
MANSOOR HAMOUD HADWAN; and        :
S.M.H.H.,                         :
                                  :
                     Plaintiffs,  :
                                  :
        -against-                 :
                                  :
MARCO RUBIO, United States Secretary of State; :
UNITED STATES CONSULATE GENERAL   :
OF RIYADH, SAUDI ARABIA; and UNITED :
STATES DEPARTMENT OF STATE,       :
                                  :
                                  :
                     Defendants.  :
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/15/2026

26-CV-02087 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared before the Court on Friday, June 12, 2026.

IT IS HEREBY ORDERED that Defendants must move or answer **no later than**

**Thursday, June 18, 2026**.  If Defendants move, Plaintiffs' response (or Amended Complaint) is

due no later than **Thursday, July 23, 2026**, and Defendants' reply is due no later than

**Thursday, August 6, 2026**.

**SO ORDERED.**

**Date:  June 15, 2026**
**        New York, New York**

_____
       **VALERIE CAPRONI**
       **United States District Judge**